BLANCH BROWN, PLAINTIFF-PETITIONER, v.
TOWN OF BELLEVILLE, DEFENDANT-RESPONDENT.

*Mr. Fred Freeman* and *Mrs. Janet W. Freeman* for the petitioner.

*Messrs. Schneider & Morgan* and *Mr. Robert J. C. McCoid* for the respondent.

April 4, 1966. Denied.

KATHLEEN B. CHESTER, APPELLANT-RESPONDENT, v.
DEPARTMENT OF CIVIL SERVICE, RESPONDENT-PE-
TITIONER.

See same case below: 90 *N. J. Super.* 176.

*Mr. Arthur J. Sills* and *Mr. Morton Anekstein* for the petitioner.

*Messrs. Frohling & Gaulkin* for the respondent.

April 4, 1966. Denied.

TOWNSHIP OF WEEHAWKEN, RESPONDENT-PETITIONER,
v. TODD SHIPYARDS CORP., *ET ALS.*, PETITIONERS-
RESPONDENTS.

*Mr. Thomas M. Venino* and *Mr. Herbert H. Fine* for the petitioner.

*Messrs. O'Mara, Shumann, Davis & Lynch* for the respondents.

April 4, 1966. Denied.